# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports

No. 71
Adar Bays, LLC,
     Respondent,
   v.
GeneSYS ID, Inc., &c.,
     Appellant.

Jonathan C. Uretsky, for appellant.
Kevin Kehrli, for respondent.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, accepted and the issues presented are to be considered after briefing and argument. Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided June 23, 2020